### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLIOIS
### EASTERN DIVISION

| | |
|---|---|
| JEROME DAVIS, VERONICA WALKER-DAVIS, AND SPENCER BYRD, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICAGO, a municipal corporation, <br><br> Defendant. | Case No. <br><br> NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BY DEFENDANT CITY OF CHICAGO |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant City of Chicago ("City"), by its attorney, Acting Corporation Counsel, Mark A. Flessner, hereby removes this action from the Circuit Court of Cook County, Illinois, County Department, Chancery Division, to the United States District Court for the Northern District of Illinois, Eastern Division. The City states the following as its grounds for removal:

### BACKGROUND

1. On April 29, 2019, Plaintiffs filed a complaint in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, captioned *Jerome Davis, et al. v. The City of Chicago* ("Complaint"). The case was assigned Case No. 2019 CH 05413. In accord with 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders received by the City are attached hereto and incorporated herewith as Exhibit A.

2. Plaintiff's Complaint challenges, on behalf of Plaintiffs and a putative class, the City's alleged actions with respect to impounding vehicles used in violation of City ordinances and requiring the payment of associated penalties and fees to secure the vehicles' release.

3.  The Complaint sets forth seven counts, raising claims under the United States and the Illinois constitutions. Plaintiffs seek declaratory and injunctive relief.

## REMOVAL IS PROPER

4.  The City was served with a copy of the Summons and Complaint on May 10, 2019. See Exhibit A hereto. This Notice of Removal is being filed by the City within 30 days of receipt, and is therefore timely under 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a).

5.  Removal is proper under 28 U.S.C. § 1441, which authorizes removal of any action over which the federal courts have original jurisdiction. Original jurisdiction exists here because there is federal question jurisdiction under 28 U.S.C. § 1331. The Complaint sets forth four causes of action arising under the United States Constitution: the Eighth Amendment's excessive fines clause (Count II), the Fourteenth Amendment's due process clause (Count IV), and the Fourth Amendment's search and seizure clause (Count VI). (Count VII also seeks relief based on these provisions). Resolution of those claims will require adjudication of disputed questions involving the United States Constitution.

6.  To the extent that the Complaint also alleges non-federal claims, such as those brought under the Illinois Constitution in Counts I, III & V, this Court has supplemental jurisdiction under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiffs' federal constitutional claims and form part of the same case or controversy under Article III of the United States Constitution. 28 U.S.C. §1367(a).

7. Venue is proper in this district and division because the Circuit Court is located within the Northern District of Illinois, Eastern Division of the United States District Court. This venue is the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a).

8. In accord with 28 U.S.C. §1446(d), the City will give written notice to Plaintiffs by promptly serving this Notice of Removal on Plaintiffs. The City will also promptly file a copy of this Notice with the Clerk of the Circuit Court of Cook County, Illinois, First District. A copy of the written notice of the Notice of Removal is attached hereto and incorporated herewith as Exhibit B.

9. The City of Chicago, the removing party, is the only defendant in this case. To that end, the consent of other defendants, see 28 U.S.C. §1446(b)(2)(A), is not applicable.

## CONCLUSION

For the foregoing reasons, the City respectfully requests that this civil action be, and is hereby, removed to the United States District Court for the Northern District of Illinois, Eastern Division, that this Court assume jurisdiction over this civil action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Date: June 3, 2019         Respectfully submitted,

                                                            MARK A. FLESSNER
Acting Corporation Counsel of the City of Chicago

By:    /s/ Peter H. Cavanaugh
          Assistant Corporation Counsel

Andrew W. Worseck
Peter H. Cavanaugh
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7129 / 744-0897
*Attorneys for Defendant City of Chicago*