# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| JEROME DAVIS, VERONICA WALKER-DAVIS, AND SPENCER BYRD,<br><br>                        Plaintiffs,<br><br>    v.<br><br>THE CITY OF CHICAGO, a municipal corporation,<br><br>                        Defendant. | Case No. 2019 CH 05413 |

## NOTICE OF REMOVAL TO FEDERAL COURT

**To:**    Robert J. Pavich
Pavich Law Group, P.C.
30 W. Monroe St., Suite 1310
Chicago, IL 60603
(312) 690-8400
rpavich@pavichlawgroup.com

Diana K. Simpson
Kirby Thomas West
Institute for Justice
901 North Glebe Road
Suite 900
Arlington, VA 22203
(703) 682-9320
Diana.simpson@ij.org
kwest@ij.org

PLEASE TAKE NOTICE that on **June 3, 2019**, I caused the attached **Notice of Removal** to be filed at the Richard J. Daley Center located at 50 W. Washington, Chicago, Illinois 60602, a copy of which is being served upon the individual(s) indicated above.

        MARK A. FLESSNER
        Acting Corporation Counsel of the City of Chicago

        By:    /s/ Peter H. Cavanaugh
                  Assistant Corporation Counsel

Andrew Worseck
Peter H. Cavanaugh
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7129 / 744-0897
*Attorneys for City Defendant*

**Certificate of Service**

  I, Peter H. Cavanaugh, attorney for Defendant City of Chicago, caused the foregoing **Notice of Removal** to be served upon the individual(s) indicated above by messenger or U.S mail, and email, on or before 5:00PM on June 3, 2019.

              /s/ Peter H. Cavanaugh
              Peter H. Cavanaugh