IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME DAVIS, VERONICA WALKER-DAVIS, SPENCER BYRD, ALLIE NELSON, AND LEWRANCE GANT<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>Defendant. | No. 1:19-cv-03691<br><br>Assigned to the Honorable Judge Rowland<br><br>**Joint Status Report Pursuant to the Third Amended General Order 20-0012** |

On April 24, 2020, the U.S. District Court for the Northern District of Illinois issued its Third Amended General Order 20-0012 regarding the COVID-19 pandemic. Entry Number 5 on that order called for litigants in civil cases to file a joint written status report by May 18, 2020. This is that status report, and below are the categories the amended order requested the parties address.

**(a) The progress of discovery.**

Discovery has not commenced. The parties are waiting to conduct discovery until after this Court resolves the dispositive, pending motion to dismiss, should any claims survive dismissal.

**(b) The status of briefing on any unresolved motions.**

There is one pending, unresolved motion, which is the motion to dismiss Defendant City of Chicago (the City) filed on October 22, 2019. Plaintiffs filed their response in opposition on November 26, 2019. The City filed its reply on December 20, 2019, which concluded briefing on the motion. There are no other unresolved motions pending.

**(c) Settlement efforts.**

    The parties have not discussed settlement, which they believe to be an unlikely resolution to this case.

**(d) An agreed proposed schedule for the next 45 days.**

    The parties propose to continue on their current path, which is to wait for this Court to resolve the pending dispositive motion. This Court entered an order on March 2, 2020, indicating that it would rule on the motion by mail and set a status hearing afterward.

**(e) An agreed proposed revised discovery and dispositive motion schedule.**

    There is no currently pending schedule, as the parties await this Court to rule on the pending dispositive motion to dismiss.

**(f) Request for any agreed action that the Court can take without a hearing.**

    The parties request that this Court rule on the motion to dismiss, which it has already indicated it will do without a hearing.

**(g) Whether the parties believe a telephonic hearing is necessary and time urgent.**

    The parties do not believe a telephonic hearing is necessary, unless this Court has questions about the motion to dismiss it wishes the parties address at such a hearing.

Dated: May 15, 2020

Respectfully submitted,

/s/ Andrew Worseck
Mark A. Flessner
Corporation Counsel for the City of Chicago
Andrew W. Worseck
Peter H. Cavanaugh
City of Chicago, Department of Law
Constitutional and Commercial Litig. Div.
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7129/ 0897

*Attorneys for Defendant City of Chicago*

/s/ Diana K. Simpson
Diana K. Simpson
Kirby Thomas West
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
diana.simpson@ij.org; kwest@ij.org

Robert Pavich
PAVICH LAW GROUP, PC
30 West Monroe Street, Suite 1310

Chicago, IL 60603
(312) 690-8400
rpavich@pavichlawgroup.com

*Attorneys for Plaintiffs Jerome Davis, Veronica Walker-Davis, Spencer Byrd, Allie Nelson, and Lewrance Gant*

### CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, Plaintiffs electronically filed the **Joint Status Report** with the Clerk of the Court using the ECF system, which will automatically serve all counsel of record.

/s/ Diana K. Simpson
Diana K. Simpson
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
diana.simpson@ij.org

*Attorney for Plaintiffs Jerome Davis, Veronica Walker-Davis, Spencer Byrd, Allie Nelson, and Lewrance Gant*