IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME DAVIS, VERONICA WALKER-DAVIS, SPENCER BYRD, ALLIE NELSON, AND LEWRANCE GANT, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant. | No. 1:19-cv-03691 <br><br> Assigned to the Honorable Judge Rowland <br><br> **Plaintiffs' Motion for Class Certification** |

Plaintiffs Spencer Byrd, Allie Nelson, and Lewrance Gant (Named Plaintiffs) respectfully move this Court to certify this case as a class action pursuant to Federal Rules of Civil Procedure 23(a) and (b)(2) and asks that the following class be certified:

> **All people who own vehicles that Defendant City of Chicago impounded pursuant to Chicago Municipal Code Section 2-14-132 on or after May 1, 2017.**

For the reasons detailed in the accompanying brief, the proposed class meets all the requirements of Federal Rule of Civil Procedure 23(a):

1. The joinder of more than 54,476 class members is impracticable, particularly when many of those class members likely lack the financial means to litigate their cases on their own.

2. There are many questions of law or fact common to the class, including whether Defendant's impoundment program violates the Proportionate Penalties Clause of Article I, Section 11 of the Illinois Constitution or the due process guarantees of the Illinois and U.S. constitutions.

3. The Named Plaintiffs' claims are typical of the class members' claims.

1

4. The Named Plaintiffs will fairly and adequately protect the class members' interests.

Furthermore, certification under Rule 23(b)(2) is appropriate because Defendant has acted or will act on grounds that apply generally to the class, so that final injunctive and corresponding declaratory relief is appropriate respecting the class as a whole.

Finally, undersigned counsel should be appointed Class Counsel under Federal Rule of Civil Procedure 23(g).

* * *

Based on the foregoing and the accompanying brief in support of class certification, Plaintiffs Spencer Byrd, Allie Nelson, and Lewrance Gant respectfully request this Court to certify this case as a class action under Federal Rule of Civil Procedure 23(a) and (b)(2) with the above-defined class, and for all other proper relief.

Dated: December 12, 2022

Robert Pavich
PAVICH LAW GROUP, PC
30 West Monroe Street
Suite 1310
Chicago, IL 60603
(312) 690-8400
rpavich@pavichlawgroup.com

Respectfully submitted,

 /s/ Diana K. Simpson
Diana K. Simpson
Kirby Thomas West
John G. Wrench
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
diana.simpson@ij.org; kwest@ij.org;
jwrench@ij.org

*Counsel for Plaintiffs*

2