IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME DAVIS, VERONICA WALKER-DAVIS, SPENCER BYRD, ALLIE NELSON, AND LEWRANCE GANT<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>Defendant. | No. 1:19-cv-03691<br><br>Assigned to the Honorable Judge Jenkins<br><br>**Plaintiffs' Motion for Partial Summary Judgment**<br><br>Oral Argument Requested |

Plaintiffs Spencer Byrd, Allie Nelson, and Lewrance Gant respectfully request that, pursuant to Federal Rule of Civil Procedure 56, this Court grant their Motion for Partial Summary Judgment in the above-captioned case. They challenge Defendant City of Chicago's impoundment program, under which the City impounded their vehicles, assessed them penalties, prevented them from removing their vehicles from the impoundment lot unless they paid penalties and fees before final judgment had ever been entered, and did so without providing adequate notice.

Pursuant to United States Code Title 42, Section 1983, Spencer, Allie, and Lewrance challenge the City's impound program for violating their rights under both the Illinois and U.S. constitutions. As set forth more fully in their memorandum in support, statement of facts, exhibits, and declarations, they have demonstrated that they are entitled to summary judgment on the City's liability, as no genuine issues of material fact as to the City's liability exist, and they are entitled to judgment as a matter of law. Plaintiffs are entitled to a variety of remedies for the City's constitutional violations,

1

though remedies may be subject to factual dispute that are best resolved at trial, following the granting of this summary-judgment motion.

| | |
|---|---|
| Dated: July 10, 2024 | Respectfully submitted, |
| | /s/ Diana K. Simpson |
| Robert Pavich | Diana K. Simpson |
| PAVICH LAW GROUP, PC | Kirby Thomas West |
| 30 West Monroe Street | John G. Wrench |
| Suite 1310 | INSTITUTE FOR JUSTICE |
| Chicago, IL 60603 | 901 North Glebe Road, Suite 900 |
| (312) 690-8400 | Arlington, VA 22203 |
| rpavich@pavichlawgroup.com | (703) 682-9320 |
| | diana.simpson@ij.org; kwest@ij.org; jwrench@ij.org |

*Counsel for Plaintiffs*