# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jerome Davis, et al.

                        Plaintiff,

v.                                                Case No.: 1:19−cv−03691
                                                Honorable Lindsay C. Jenkins

The City of Chicago, Illinois

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant City of Chicago's motion for summary judgment [175] is granted. Plaintiffs' motion for partial summary judgment [171] is denied. See attached Order for further details. The Clerk shall enter Rule 58 judgment in favor Defendant City of Chicago and against Plaintiffs. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.