# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Spencer Byrd, et al.
                              Plaintiff,

v.                                             Case No.: 1:19−cv−03691
                                               Honorable Lindsay C. Jenkins

The City of Chicago, Illinois
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2025:

    MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff Spencer Byrd's unopposed motion to substitute [204] is granted. Pursuant to FRCP 25(a)(1), Diamonique Byrd is substituted in place of Plaintiff Spencer Byrd, who is deceased. The Clerk shall substitute Diamonique Byrd in place of Spencer Byrd. The clerk shall also terminate Plaintiffs Jerome Davis and Veronica Walker−Davis from the case, who claims were dismissed with prejudice through docket entry 54. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.